# Howard B. Arber

*Attorney at Law*                                                                 64 Hilton Avenue,
                                                                                  Hempstead, New York 11550
                                                                                  516-538-0009
                                                                                  516-486-0849 - Facsimile

**MEMO ENDORSED**

October 7, 2020

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  Case No.  1:19-cv-11313-VSB
     Sekosan v. A Bronx Women's Medical Pavilion, P.C., et al

Dear Judge Wang:

Please be advised that I represent the Defendant in connection with the above matter scheduled for a telephone conference tomorrow at 3:30 p.m.

As I shall be on trial tomorrow afternoon I would respectfully request that the conference be adjourned on consent to the afternoon of one of the following dates:

October 15;  October 21;  October 22

Many thanks for your courtesy.

**SO ORDERED:**
Application GRANTED.  The October 8, 2020 conference is adjourned and rescheduled to **October 15, 2020 at 2:00 p.m.**

_____
**Ona T. Wang**                 10/8/20
United States Magistrate Judge

Very truly yours,

Howard B. Arber, Esq.

cc:  Levine & Blit