# Howard B. Arber

*Attorney at Law*

64 Hilton Avenue,
Hempstead, New York 11550
516-538-0009
516-486-0849 - Facsimile

September 20, 2021

<u>Via ECF</u>

The Honorable Denise L. Cote
United States District Court
40 Foley Square
New York, New York 10007

      RE:    Sekosan v. A Bronx Women's Medical Pavilion, P.C., et al
             Case No. 19-cv-11313

Your Honor:

    As Your Honor is aware I represent the defendant in regard to the above matter.

    I am in receipt of a notice scheduling a conference for September 24, 2021. However, on said date my wife and I shall be out of town.

    Since my adversary has graciously consented to an adjournment of the conference I would request one of the following dates:

        September 28, 2021 in the afternoon; or October 14, 2021 in the afternoon

Many thanks for your courtesy.

Very truly yours,

Howard B. Arber

cc: Levine & Blit, PLLC
     (jclark@levineblit.com)

*[Handwritten notation: The conference is adjourned to 9/28 at 2 pm. Denise Cote 9/21/21]*