**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
MARJANA SEKOSAN,

                Plaintiff,

             -against-

A BRONX WOMEN'S MEDICAL PAVILION, P.C. et al.,

                Defendants.
---------------------------------------------------------------x

19-CV-11313 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 48. Plaintiff's deposition shall be completed by **December 31, 2021**. The parties shall engage in mediation by **January 31, 2022**. By **January 14, 2022**, Defendants shall file a letter regarding Dr. Park's ability to be deposed. Such letter may be filed under seal if necessary.

The Court will hold an in-person status conference on **February 9, 2022 at 10:00 a.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

                                                                                                                                                *s/ Ona T. Wang*

Dated: November 23, 2022                                            **Ona T. Wang**
      New York, New York                                   United States Magistrate Judge